# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 08-2890

_____

Olen E. Gibson,                              *
                                             *
      Appellant,                        *
                                             *
    v.                                 *
                                             *
Kansas City Power & Light Company,           *
                                             *
      Appellee,                         *
                                             *    Appeal from the United States
Access Program,                              *    District Court for the
                                             *    Western District of Missouri.
      Defendant,                        *
                                             *         [UNPUBLISHED]
Great Plains Energy,                         *
                                             *
      Defendant,                        *
                                             *
Terry Bassham; David Bodde; Jennifer         *
Butler; Lora Cheatum; Michael J.             *
Chesser; William Downey; Mark                *
English; Mark Ernst; Randall Ferguson,       *
Jr.; William Hall; Luis Jimenez; James       *
Mitchell; William Nelson; Don                *
Prophete; Gerald Reynolds; William           *
Riggins; Larry Rute; Linda Talbott;          *
Robert West; Lori Wright,                     *
                                             *
      Defendants.                       *

_____

Submitted: November 12, 2009
Filed:  November 18, 2009
_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.
_____

PER CURIAM.

Olen Gibson appeals from the District Court's[1] dismissal of his employment-discrimination action against his former employer.  Upon careful <u>de novo</u> review, <u>see</u> <u>Yankton Sioux Tribe v. U.S. Dep't of Health and Human Servs.</u>, 533 F.3d 634, 639 (8th Cir. 2008) (standard of review), we conclude that the dismissal was proper. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.